**154**

## STATE of Maine

v.

## Jeffrey A. WIEBKING.

Supreme Judicial Court of Maine.

Argued Jan. 8, 1985.

Decided Jan. 10, 1985.

John R. Atwood, Dist. Atty., David M. Spencer, Asst. Dist. Atty. (orally), Wiscasset, for plaintiff.

George M. Carlton, Jr. (orally), Bath, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

### MEMORANDUM OF DECISION.

Alleging the evidence was insufficient to support the conviction, Jeffrey A. Wiebking appeals from his conviction in Superior Court, Lincoln County, of two counts of theft, 17–A M.R.S.A. § 353. After careful review of the record, we are satisfied the jury was warranted in finding the defendant guilty beyond a reasonable doubt. *State v. Crosby*, 456 A.2d 369, 370 (Me. 1983).

The entry is:

Judgments affirmed.

All concurring.